# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HAROLD C. LAMPE, JR., | : | |
| Debtor. | : | Case No. 08-18025 (JKF) |
| _____ | | |
| JESTYN G. PAYNE, CUSTODIAN FOR LAUREN LAMPE, | : | |
| Plaintiff, | : | |
| v. | : | |
| HAROLD C. LAMPE, JR., | : | |
| Defendant. | : | Adversary No. 09-0012 |
| _____ | | |

## ORDER

**AND NOW**, this 19th of November, 2010, upon consideration of the following consolidated matters: (i) Amended Complaint to Determine Dischargeability of Debt and Amount of Claim filed in the above-captioned; and (ii) Objection of Harold C. Lampe, Jr., Debtor, to Claim Number 2 Asserted by Jestyn G. Payne, Esquire;

**AND** after the trial which was conducted over two days;

**AND** upon consideration of the parties' proposed findings of fact and conclusions of law and their post-trial memoranda;

It is hereby **ORDERED** that:

1. The Objection is granted. The Proof of Claim filed by Jestyn G. Payne Esquire, Claim No. 2, is unenforceable and disallowed.

2. Judgment is granted on the Amended Complaint in favor of the defendant, Harold C. Lampe, Jr., and against the Plaintiff, Jestyn G. Payne, Custodian for Lauren Lampe.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Barry W. Sawtelle, Esquire
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610

Paul J. Winterhalter, Esquire
Corinne Michelle Samler, Esquire
Law Offices of Paul J Winterhalter, P.C.
1717 Arch Street, Suite 4110
Philadelphia, PA 19103